**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Dominique D. McDuell,<br><br>Plaintiff,<br><br>v.<br><br>The Texas Mexican Railway Company d/b/a CPKC,<br><br>Defendant. | Case No. 4:26-cv-06635<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, The Texas Mexican Railway Company d/b/a CPKC ("Tex-Mex"), by its counsel, respectfully submits its Corporate Disclosure Statement as follows:

1. Tex-Mex is a Texas corporation with its principal place of business in Kansas City, Missouri.

2. Tex-Mex is an indirect wholly owned subsidiary of Canadian Pacific Kansas City Limited ("CPKCL"). CPKCL is a Canadian public corporation listed on the Toronto Stock Exchange and New York Stock Exchange (TSX and NYSE: CP).

* * *

Dated: October 16, 2026

Respectfully Submitted,

By: /s/ *Bethany R. López*

**Bethany R. López**
Texas State Bar No. 24144737
SDTX Bar No. 3947813
lopez.beth@dorsey.com
**DORSEY & WHITNEY LLP**
200 Crescent Ct, Suite 1600
Dallas, TX 75201
Tel: (214) 981-9900
Fax: (214) 981-9901

Briana Al Taqatqa* (*lead counsel for Defendant*)
MN Bar No. 0399716
altaqatqa.briana@dorsey.com
Joshua D. Hughes*
MN Bar No. 0505139
hughes.josh@dorsey.com
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2868

* *Admitted pro hac vice.*