UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-06635 |
|---|---|---|---|
| Dominique D. McDuell | | | |
| *versus* | | | |
| The Texas Mexican Railway Company d/b/a CPKC | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kathryn Averwater<br>Casey Jones Law Firm<br>2150 3rd Ave N, Suite 350<br>Anoka, MN 55303<br>612-293-5370<br>kaverwater@caseyjones.law<br>Licensed: MN 0401767<br>D. Minn., D. Neb., C.D. Ill., D.D.C. |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiff Dominique McDuell |

Has applicant been sanctioned by any bar association or court? Yes ____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 10/23/2026 | Signed: Kathryn Averwater |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: ______________________ ______________________

United States District Judge