**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Dominique McDuell,<br>Plaintiff,<br>v.<br>The Texas Mexican Railway Company d/b/a CPKC.<br>Defendant. | Case No.: 4:26-cv-06635<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** |

Pursuant to the Court's August 14, 2026 Order, Plaintiff Dominique McDuell identifies the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to be financially interested in the outcome of the litigation:

1. Dominique McDuell, Plaintiff
2. Casey Jones and the Bolt Law Firm, Plaintiff's counsel
3. Jones Granger, Plaintiff's counsel
4. The Texas Mexican Railway Company d/b/a CPKC, Defendant
5. Canadian Pacific Kansas City Limited, parent corporation of Defendant

Dated: October 29, 2026

**PLAINTIFF'S COUNSEL**

*/s/ Kathryn E. Averwater*
Kathryn Averwater, MN 401767
Nicholas Thompson, MN 389609
Casey Jones and Bolt Law Firm
2150 3rd Ave N, Suite 350
Anoka, MN 55303
612-293-5360

kaverwater@caseyjones.law
nthompson@caseyjones.law

Marc Zito, Texas Bar 22279400
Jones Granger Law Firm
10,000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, TX 77210
713-668-0230
mzit@jonesgranger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, the foregoing Certificate of Interested Persons was filed with the Court via the CM/ECF system and thereby sent notification to all counsel of record.

/s/ *Kathryn E. Averwater*
Kathryn Averwater