**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Dominique McDuell | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-06635 |
| | § | |
| The Texas Mexican Railway Company | § | |
| d/b/a CPKC | § | |
| Defendant. | § | |

# SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

| | | |
|---|---|---|
| 1. | December 1, 2026 | **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition of new parties will provide copies of this Order to new parties. |
| 2. | January 4, 2027 | **MOTIONS FOR LEAVE TO AMEND PLEADINGS** Parties filing motions after this deadline must show good cause. |
| | | **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES** |
| 3a. | April 30, 2027 | The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 3b. | May 31, 2027 | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 4. | June 15, 2027 | **MEDIATION** Mediation or other form of dispute resolution must be completed by this deadline. |

| | | |
|---|---|---|
| 5. | August 2, 2027 | **COMPLETION OF DISCOVERY**<br>Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. |
| 6. | September 3, 2027 | **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**<br>No motion may be filed after this date except for good cause. |
| 7. | February 1, 2028 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 8. | March 1, 2028 | **DOCKET CALL**<br>Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable. |

9. Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

Other:

SIGNED on October 30, 2026, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

Respectfully submitted,

Dated: October 30, 2026


*/s/ Kathryn E. Averwater*
Marc Zito, Texas Bar 22279400
Jones Granger Law Firm
10,000 Memorial Drive, Suite 888
P.O. box 4340
Houston, TX 77210
713-668-0230
mzit@jonesgranger.com

Kathryn Averwater, MN 401767
Nicholas Thompson, MN 389609
Casey Jones and Bolt Law Firm
2150 3rd Ave N, Suite 350
Anoka, MN 55303
612-293-5360
kaverwater@caseyjones.law
nthompson@caseyjones.law

Counsel for Plaintiff

*/s/ Joshua Hughes*
Bethany Lopez, Texas Bar 24144737
Dorsey & Whitney LLP
200 Crescent Ct., Suite 1600
Dallas, TX 75201
214-981-9900
Lopez.beth@dorsey.com

Briana Al Taqatqa, MN 0399716
Joshua Hughes, MN 050139
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
612-350-2600
Altaqatqa.briana@dorsey.com
Hughes.josh@dorsey.com

Counsel for Defendant


**CERTIFICATE OF SERVICE**

I, Kathryn Averwater, hereby certify that the foregoing Proposed Scheduling and Docket Control Order was filed on October 30, 2026 with the Court via CM/ECF and thereby sent electronic notice to all counsel of record.

/s/ *Kathryn Averwater*
Kathryn Averwater