**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Dominique D. McDuell

v. Case Number: 4:26−cv−06635

Canadian Pacific Kansas City Limited, et al.

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/19/2026

**TIME:** 10:10 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: November 3, 2026

Nathan Ochsner, Clerk
by G. Hassan , Deputy Clerk