**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Dominique D. McDuell,<br><br>Plaintiff,<br><br>v.<br><br>The Texas Mexican Railway Company d/b/a CPKC,<br><br>Defendant. | Case No. 4:26-cv-06635<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS** |

Pursuant to the Court's August 14, 2026 Order, Defendant The Texas Mexican Railway Company d/b/a CPKC identifies the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known or believed to be financially interested in the outcome of the litigation:

1. Dominique D. McDuell, Plaintiff;
2. The Texas Mexican Railway Company d/b/a CPKC, Defendant;
3. Canadian Pacific Kansas City Limited, parent corporation of Defendant; and
4. The individuals and entities identified in Plaintiff's Certificate of Interested Persons (Dkt. 22).

Dated: November 10, 2026

Respectfully submitted,

*/s/ Bethany R. López*
Bethany R. López
Texas State Bar No. 24144737
SDTX Bar No. 3947813
lopez.beth@dorsey.com
Dorsey & Whitney LLP
200 Crescent Ct, Suite 1600
Dallas, TX 75201
Tel: (214) 981-9900
Fax: (214) 981-9901

Briana Al Taqatqa*
MN Bar No. 0399716
altaqatqa.briana@dorsey.com
Joshua D. Hughes*
MN Bar No. 0505139
hughes.josh@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2868
* *Admitted pro hac vice.*

**ATTORNEYS FOR DEFENDANT TEX-MEX**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, the foregoing Certificate of Interested Persons was filed with the Court via the CM/ECF system and thereby sent notification to all counsel of record.

/s/ *Joshua D. Hughes*